

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Cassandra Lewis, Appellant

No. 06-24-00056-CR     v.

The State of Texas, Appellee

Appeal from the 76th District Court of Morris County, Texas (Tr. Ct. No. 12,534 CR). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Chief Justice Stevens.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the judgment to state the correct offense of conviction, Section 22.041 of the Texas Penal Code. As modified, we affirm the judgment of the trial court.

We note that the appellant, Cassandra Lewis, has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED APRIL 17, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk